UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GILBERTO MORALES,<br><br>    Plaintiff(s),<br><br>v.<br><br>TRANS UNION, LLC,<br><br>    Defendant(s). | Case No. 2:22-cv-01810-RFB-NJK<br><br>**Order** |

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). A joint proposed discovery plan must be filed by January 17, 2023.

IT IS SO ORDERED.

Dated: January 10, 2023

                                                                                Nancy J. Koppe<br>                                                                                United States Magistrate Judge